Nos. WR-61,939-01 and WR-61,939-02

WR-61,939-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/29/2015 4:32:01 PM
Accepted 1/30/2015 9:01:45 AM
ABEL ACOSTA
CLERK

**IN RE DAVID DOW AND
JEFFREY R. NEWBERRY,**

**Respondents.**

RECEIVED
COURT OF CRIMINAL APPEALS
1/30/2015
ABEL ACOSTA, CLERK

_____

## MOTION TO SUBSTITUTE ATTORNEY OF RECORD
_____

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

Now comes David Dow and Jeffrey Newberry by and through their attorneys and respectfully requests this Court to permit and substitute in their stead Stanley G. Schneider, Nicole DeBorde and Casie L. Gotro as attorneys of record for Respondents, David Dow and Jeffrey Newberry, and would show this Court as follows:

I.

Respondents herein feel that it is in their best interest to have Stanley G. Schneider, Nicole DeBorde and Casie L. Gotro represent them in this case.

WHEREFORE, PREMISES CONSIDERED, your movants ask that this Honorable Court to substitute in their stead Stanley G. Schneider, Nicole DeBorde and Casie L. Gotro as attorney of records for Respondents.

Respectfully Submitted,

SCHNEIDER & McKINNEY, P.C.

/s/ Stanley G. Schneider
Stanley G. Schneider
T.B.C. No. 17790500
440 Louisiana
Suite 800
Houston, Texas 77002
Office: 713-951-9994
Fax: 713-224-6008
Email: stans3112@aol.com


NICOLE DeBORDE
712 Main St., Ste 2400
Houston, Texas 77002
Office: 713-526-6300
Fax: 713-228-0034
Email: nicole@debordelawfirm.com


CASIE L. GOTRO
TBN: 24048505
440 Louisiana, Suite 800
Houston, Texas 77002
Office: 832-368-9281
Fax: 832-201-8273
Email: casie.gotro@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing

Motion has been mailed and/or hand delivered to the following listed below on this

28th  day of January, 2015.


1.      Edward L. Marshall
        Assistant Attorney General
        PO Box 12548
        Austin, Texas 78711

2.      399th District Court – Presiding Judge
        300 Dolorosa St., 1st floor
        San Antonio, Texas 78205

3.      Bexar County District Clerk
        101 W. Nueva, Suite 217
        San Antonio, Texas 78205

4.      Bexar Co. District Attorney
        101 W. Nueva, 4th floor
        San Antonio, Texas 78205

5.      Michael C. Gross
        Attorney at Law
        106 S. Saint Mary's, Suite 260
        San Antonio, Texas 78205


                                        /s/ Stanley G. Schneider
                                        Stanley G. Schneider